**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>JOHN P PALACIOS<br>BETSY S PALACIOS<br>Debtor(s) | Case No. 05-57775 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/15/2005.

2) The plan was confirmed on 01/27/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/17/2006, 11/17/2006, 02/20/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/27/2006, 09/08/2006, 10/04/2006, 12/19/2008, 07/21/2009.

5) The case was converted on 03/12/2010.

6) Number of months from filing to last payment: 50.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $32,800.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $25,275.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $25,275.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,400.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,170.56 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,570.56

Attorney fees paid and disclosed by debtor: $800.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN COLLECTION | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 161.00 | 161.15 | 161.15 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 242.50 | 218.25 | 218.25 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 169.32 | 169.32 | 0.00 | 0.00 |
| CCA | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| CHRISTIAN LEGAL SERVICES | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF RACINE | Unsecured | 2,619.06 | NA | NA | 0.00 | 0.00 |
| CITY OF RACINE | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 276.00 | 376.00 | 376.00 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 46.36 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 1,064.95 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| COUNTRYWIDE FINANCIAL | Secured | 1,236.61 | 1,236.61 | 1,236.61 | 1,236.61 | 0.00 |
| COUNTRYWIDE FINANCIAL | Secured | NA | NA | NA | 0.00 | 0.00 |
| ENH MEDICAL GROUP | Unsecured | 6,529.93 | NA | NA | 0.00 | 0.00 |
| ENH NORTH SUBURBAN ANESTHESI | Unsecured | 1,303.05 | NA | NA | 0.00 | 0.00 |
| FIDELITY INFO CORP | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| GREENWOOD DENTAL ASSOC | Unsecured | 327.28 | NA | NA | 0.00 | 0.00 |
| HOLLYWOOD ENTERTAINMENT COR | Unsecured | 85.87 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BONE & JOINT CENTER | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS EYE CENTER | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| LAKE COOK NEUROLOGICAL CONSU | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| LEONARD A SARNAT MD | Unsecured | 216.80 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDFIRST BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| MIDFIRST BANK | Secured | 19,192.44 | 19,742.44 | 19,742.44 | 11,715.02 | 0.00 |
| MIDFIRST BANK | OTHER | 2,000.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 95.60 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORTH CHICAGO POLICE DEPT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE SANITARY DISTRICT | Unsecured | 899.09 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE WOMENS HEALTH AS | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICES | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| PARAGON WAY | Unsecured | NA | 119.31 | 119.31 | 0.00 | 0.00 |
| PATRICIA PENN | Secured | NA | 2,000.00 | 2,000.00 | 1,207.14 | 0.00 |
| PATRICIA PENN | Secured | NA | NA | NA | 0.00 | 0.00 |
| PATRICIA PENN | Secured | NA | NA | NA | 0.00 | 0.00 |
| PEOPLES ENERGY | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS | Unsecured | 698.01 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,038.00 | 1,038.42 | 1,038.42 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 83.00 | 0.00 | 76.77 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 151.56 | 151.56 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Secured | NA | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Secured | 15,380.11 | 15,380.11 | 15,380.11 | 8,545.67 | 0.00 |
| WE ENERGIES | Unsecured | 4,787.46 | NA | NA | 0.00 | 0.00 |
| WFNNB | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| ZION CHRISTIAN SCHOOL | Unsecured | 75.85 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $38,359.16 | $22,704.44 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$38,359.16** | **$22,704.44** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$2,310.78** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,570.56 |
| Disbursements to Creditors | $22,704.44 |
| **TOTAL DISBURSEMENTS:** | **$25,275.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/17/2010                             By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**